# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, <br><br> Plaintiff, <br><br> v. <br><br> D. PIXLEY, et al., <br><br> Defendant. | NO. CV 18-0130-DDP (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion for summary judgment is granted and the entire action is dismissed without preiudice for failure to exhaust remedies.

DATED: 2-7-2020

DEAN D. PREGERSON
United States District Judge