# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>D. PIXLEY, et al.,<br><br>    Defendant. | NO. CV 18-0130-DDP (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion for summary judgment is granted and the entire action is dismissed without prejudice for failure to exhaust remedies.

DATED: 2-7-2020

DEAN D. PREGERSON
United States District Judge